1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, Bar # VI766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   GERARDO A. CAISHPAL-HERNANDEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. CR-S-09-376 MCE
                                    )
12              Plaintiff,          )
                                    ) STIPULATION AND ORDER TO CONTINUE
13      v.                          ) STATUS CONFERENCE
                                    )
14 GERARDO A. CAISHPAL-HERNANDEZ,   )
   aka Gerardo A. Caishpal,         ) Date:  November 12, 2009
15                                  ) Time:  9:00 a.m.
                Defendant.          ) Judge: Hon. Morrison C. England
16                                  )
   _____
17

18      IT IS HEREBY STIPULATED between the parties, Michael D. Anderson,

19 Assistant United States Attorney, and Douglas J. Beevers, Assistant

20 Federal Defender, attorney for defendant Gerardo A. Caishpal-Hernandez,

21 that the status conference of October 22, 2009 be vacated, and the

22 matter be set for status conference on November 12, 2009 at 9:00 a.m.

23      The grounds for the continuance is that defense counsel has just

24 received a pre-plea PSR from Probation which requires further

25 investigation.  The parties are continuing negotiations towards

26 resolution of the case.

27      IT IS STIPULATED that the period from the signing of this Order,

28 up to and including November 12, 2009, be excluded in computing the

1   time within which trial must commence under the Speedy Trial Act,

2   pursuant to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for

3   ongoing preparation of counsel.

4   Dated: October 20, 2009

5                         Respectfully submitted,

6                         DANIEL BRODERICK
                           Federal Defender

7

8                         */s/ Douglas Beevers*

9                        _____
                         DOUGLAS BEEVERS
                         Assistant Federal Defender

10                       Attorney for Defendant
                         SAI SAMONE SOULYALANGSY

11

12   Dated: October 20, 2009

13                        LAWRENCE BROWN
                         United States Attorney

14

15                        */s/ Douglas Beevers for*

16                   _____
              By: MICHAEL D. ANDERSON
                       Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 22, 2009, be continued to November 12, 2009, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the October 29, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: October 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE