DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, Bar # VI766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GERARDO A. CAISHPAL-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00376 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | Date:  November 19, 2009 |
| GERARDO A. CAISHPAL-HERNANDEZ, ) | Time:  9:00 a.m. |
| aka Gerardo A. Caishpal, ) | Judge: Hon. Morrison C. England |
| ) | |
| Defendant. ) | |
| _____ ) | |

　　　　IT IS HEREBY STIPULATED between the parties, Michael D. Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Gerardo A. Caishpal-Hernandez, that the status conference of November 12, 2009 be vacated, and the matter be set for status conference on November 19, 2009 at 9:00 a.m.

　　　　The grounds for the continuance is that defense counsel has just received a pre-plea pre-sentence report from Probation which requires further investigation.  The parties are continuing negotiations towards resolution of the case.

　　　　IT IS STIPULATED that the period from the signing of this Order, up to and including November 19, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act,

1  pursuant to  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for
2  ongoing preparation of counsel.
3  Dated: November 10, 2009
4                                      Respectfully submitted,
5
6                                      DANIEL BRODERICK
                                       Federal Defender
7
8                                      */s/ Douglas Beevers*
                                       _____
9                                      DOUGLAS BEEVERS
                                       Assistant Federal Defender
10                                     Attorney for Defendant
                                       GERARDO CAISHPAL-HERNADEZ
11
12 Dated: November 10, 2009
13                                     BENJAMIN B. WAGNER
                                       United States Attorney
14
15                                     */s/ Douglas Beevers for*
                                       _____
16                                 By: MICHAEL D. ANDERSON
                                       Assistant U.S. Attorney
17
18
19
20
21
22
23
24
25
26
27
28

Stip and Order                         -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 12, 2009, be continued to November 19, 2009, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the November 12, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: November 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE