DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, Bar # 016370
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GERARDO A. CAISHPAL-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-376 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | SENTENCING |
| GERARDO A. CAISHPAL-HERNANDEZ, ) aka Gerardo A. Caishpal, ) | Date:  April 29, 2010 Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |

_____

   IT IS HEREBY STIPULATED between the parties, Michael D. Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant Gerardo A. Caishpal-Hernandez, that the sentencing hearing of March 25, 2010 be vacated, and the matter be set for sentencing on April 29, 2010 at 9:00 a.m.

   The grounds for the continuance is that defense counsel needs additional time to investigate matters related to guideline calculations, and the parties are continuing negotiations towards resolution of the sentencing issues in the case.

1  Dated: March 12, 2010                     Respectfully submitted,

2                                            DANIEL BRODERICK
                                             Federal Defender
3

4                                            */s/ Douglas Beevers*
                                             _____
5                                            DOUGLAS BEEVERS
                                             Assistant Federal Defender
6                                            Attorney for Defendant
                                             GERARDO A. CAISHPAL-HERNANDEZ,
7

8  Dated: March 12, 2010

9                                            LAWRENCE BROWN
                                             United States Attorney
10

11                                           */s/ Douglas Beevers for*
                                             _____
12                                    By:    MICHAEL D. ANDERSON
                                             Assistant U.S. Attorney
13

14                                **ORDER**

15      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
16  ordered that the sentencing hearing presently set for March 25, 2010,
17  be continued to April 29, 2010, at 9:00 a.m.  Based on the
18  representation of defense counsel and good cause appearing therefrom,
19  the Court hereby finds that the failure to grant a continuance in this
20  case would deny defendant reasonable time necessary for effective
21  preparation, taking into account the exercise of due diligence.  The
22  Court finds that the ends of justice to be served by granting a
23  continuance outweigh the best interests of the public and the defendant
24  in a speedy sentencing.

25   Dated: March 22, 2010

26
                                      _____
27                                    MORRISON C. ENGLAND, JR.
28                                    UNITED STATES DISTRICT JUDGE